# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0133

VERSUS

DEX MARTIN JOSEPH

**FEBRUARY 4, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 836864.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

      **STAY DENIED; WRIT NOT CONSIDERED.** The State failed to include comply with Rule 4-5(C)(6), (7), (8), (9) and (10), by failing to include a copy of the ruling complained of, a copy of the judge's reasons for judgment (if any), a copy of the pleadings on which the ruling was founded, a copy of the opposition to the motion or a statement that no opposing written document was filed, and a copy of any pertinent court minutes. Moreover, although it is not a violation of the Uniform Rules, we note that relator failed to include a copy of a transcript of the proceedings at issue and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Because the trial in this case is in progress, in the event the State elects to file a new application with this court, the application shall be delivered to this Court by 12:00 p.m. on February 5, 2025, and the application should comply with the requirements of Rule 4-4, concerning requests for expedited consideration. See also Rule 4-5(C)(12) & (D).

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.**, serving as judge _pro tempore_ of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.